UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BENNETT,

    Petitioner,   Civil No. 2:06-CV-13730
                                HONORABLE DENISE PAGE HOOD
v.   UNITED STATES DISTRICT JUDGE

CAROL HOWES,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on July 6, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED AS BEING MOOT.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 6th, day of July, 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

APPROVED:
                                                      BY: Tanya Bankston
                                                      DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE